IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:12-cr-00169-SI |
| **Plaintiff,** | |
| v. | **ORDER GRANTING MOTION TO REDUCE SENTENCE** |
| **JACOB JUDSON TOLMAN,** | |
| **Defendant.** | |

Simon, District Judge:

This matter is before the Court on Defendant's Motion to Modify Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (Amendment 782 Reduction) (ECF 43) and the Supplemental Memorandum (ECF 49) raising an additional ground for sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), commonly referred to as compassionate release.

The Court is advised that the government does not oppose a sentence reduction on the latter ground based on Defendant's medical conditions and the COVID-19 pandemic. The Court has considered the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served, effective ten days after the

Page 1   ORDER GRANTING MOTION TO REDUCE SENTENCE

entry of the amended judgment. The term of imprisonment shall be followed by a four-year term of supervised release, with the conditions previously set forth in the amended judgment and the following additional conditions: (1) the defendant must reside at and participate in the program of a residential reentry center for not more than 120 days, to be released at the direction of the probation officer, and (2) upon release from the residential reentry center, the defendant shall remain on home confinement for a period of six months, at the direction of the probation officer.

The Court concludes that the defendant's release pursuant to this order will not pose a danger to any other person or the community. This sentence reduction is consistent with the currently applicable U.S. Sentencing Commission policy statements.

IT IS HEREBY ORDERED that the parties' Joint Motion to Reduce Sentence is GRANTED and an amended judgment and commitment order shall be prepared and entered forthwith in accordance with this decision. The amended judgment shall not become effective until ten days after it is entered on the docket.

Dated this 16th day of October, 2020.

_____
Hon. Michael H. Simon
United States District Judge